# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ALDRICH, ANN | U.S. DISTRICT NO DIST OHIO | 04/19/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE (SENIOR STATUS) | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2005 <br> to <br> 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| CARL B. STOKES US COURTHOUSE <br> 801 WEST SUPERIOR AVE, STE 17B <br> CLEVELAND, OHIO 44113 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. CO-TRUSTEE | TRUST #2 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED FINANCIAL DISCLOSURE MAY 8 10 22 AM '06

| Name of Person Reporting | Date of Report |
|---|---|
| ALDRICH, ANN | 04/19/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | AXA EQUITABLE ANNUITY | $ 946 |
| 2. | | TEACHERS INSURANCE AND ANNUITY ASSOCIATION | $ 1104 |
| 3. | | TEACHERS INSURANCE AND ANNUITY ASSOCIATION | $ 610 |
| 4. | | TRUST #2 - CO-TRUSTEE FEES | $ 10535 |
| 5. | | OFFICE OF PERSONNEL MANAGEMENT - RETIREMENT SERVICES PROGRAM - DEATH BENEFIT | $ 6835 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALDRICH, ANN | 04/19/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALDRICH, ANN | 04/19/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TRUST PART A: MONEY MARKET FUND-FLEET NATIONAL BANK | C | Interest | M | T | | | | | |
| 2. CHECKING - KEY BANK - CLEVELAND, OHIO | A | Interest | J | T | | | | | |
| 3. CHECKING - CAYMAN NATL BANK - CAYMAN BRAC, BRITISH W.I. | | None | J | T | | | | | |
| 4. UNIMPROVED REAL PROPERTY - ███ CAYMAN BRAC | | None | O | Q | | | | | |
| 5. HOUSE AND LOT - CAYMAN BRAC, BRITISH W.I. | | None | N | W | | | | | |
| 6. IRA - THE EQUITABLE - ALLIANCE GROWTH INVESTORS FUND | B | Interest | K | T | | | | | |
| 7. TRUST #2 | E | DIV & INT | P1 | T | | | | | |
| 8. - IRA SMITH BARNEY - JOHN HANCOCK REGIONAL BANK SHS | | | | | DISTRIBUTED | 01/01 | K | | |
| 9. - CHECKING - KEY BANK - CLEVELAND, OHIO | | | | | | | | | |
| 10. - 1 LOT ███ PRINCE GEORGES COUNTY, MD | | | | | | | | | |
| 11. -US TREAS HH BONDS | | | | | | | | | |
| 12. - US TREAS E BONDS | | | | | | | | | |
| 13. - SMITH BARNEY MUNI MONEY MARKET FUND | | | | | | | | | |
| 14. - HOST MARRIOTT COMMON STOCK | | | | | | | | | |
| 15. - MIRANT CORP | | | | | | | | | |
| 16. - PEPCO HOLDING INC | | | | | | | | | |
| 17. - SOUTHERN COMPANY COMMON | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001- $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALDRICH, ANN | 04/19/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| STOCK | | | | | | | | | |
| 18. - VERIZON COMMUNICATIONS COMMON STOCK | | | | | | | | | |
| 19. - SALOMON BROTHERS HIGH INCOME FUND II | | | | | | | | | |
| 20. - SALOMON BROS INFLATION MGMT FUND | | | | | | | | | |
| 21. - ALLIANCE NATL MUNI INCOME FUND | | | | | SELL | 04/19 | K | B | |
| 22. - BLACKROCK INVESTMENT QUALITY MUNI TRUST | | | | | SELL | 04/19 | K | B | |
| 23. - BLACKROCK MUNICIPAL INCOME TRUST | | | | | SELL | 04/19 | K | B | |
| 24. - NUVEEN DIV ADVANTAGE MUNI FUND | | | | | | | | | |
| 25. - AIM MONEY MARKET FUND | | | | | | | | | |
| 26. - JOHN HANCOCK REGIONAL BANK FUND | | | | | | | | | |
| 27. - JOHN HANCOCK FINANCIAL INDUSTRIES FUND | | | | | | | | | |
| 28. - SMITH BARNEY MANAGED MUNICIPALS FUND | | | | | | | | | |
| 29. - SMITH BARNEY UNIT TRUST - UTS | | | | | | | | | |
| 30. - HOUSEHOLD FIN CORP INTERNOTES BANK | | | | | | | | | |
| 31. - DUBLIN OHIO RFDG & IMPT SER A | | | | | REDEEM | 12/01 | K | A | |
| 32. - CUYAHOGA CNTY OHIO LTD TAX | | | | | REDEEM | 11/15 | L | A | |
| 33. MERRILL LYNCH & CO INC - 6*375% PFD | | | | | BUY | 11/09 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALDRICH, ANN | 04/19/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. SALOMON BROTHERS SHORT INTER US GOVT FUND | | | | | BUY | 01/13 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALDRICH, ANN | 04/19/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. LINE 1. TRUST DATED JUNE 22, 1966. 50% LIFE INTEREST.

VII. LINE 5. ████ACRES ██████CAYMAN BRAC, CAYMAN ISLAND, B.W.I. HALF OWNED. APPRAISAL DATE: JUNE 16, 2004.

VII. LINES 7-34. I HAVE NO BENEFICIAL INTEREST IN TRUST #2. I AM A CO-TRUSTEE OF THIS IRREVOCABLE TRUST.

VII. LINE 8. THIS IRA WAS DISTRIBUTED TO THE BENEFICIARIES.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature **X** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Date **X** May 2, '06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

<div style="border:1px solid black;">

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

</div>